UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 11930
   DAVID E WALCZAK
   ESPERANZA WALCZAK                          CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6755     SSN XXX-XX-3347

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 03/31/2005 and was confirmed 05/16/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 05/23/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE MANHATTAN MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| US EMPLOYEES CREDIT UNIO | SECURED | 12749.15 | 546.78 | 12749.15 |
| CARDMEMBER SERVICES | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CAPITAL ONE SERVICES | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CAPTAL ONE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSEC W/INTER | 1001.17 | 207.79 | 1001.17 |
| SMC | UNSEC W/INTER | 900.78 | 187.01 | 900.78 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 319.18 | 61.60 | 319.18 |
| RESURGENT CAPITAL SERVIC | UNSEC W/INTER | 473.69 | 91.62 | 473.69 |
| RESURGENT CAPITAL SERVIC | UNSEC W/INTER | 2073.83 | 431.15 | 2073.83 |
| HOME DEPOT CREDIT SERVIC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MARSHALL FIELDS | UNSEC W/INTER | 646.90 | 134.23 | 646.90 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 1750.64 | 363.36 | 1750.64 |
| PROVIDIAN | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 4231.54 | 815.31 | 4231.54 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 782.03 | 150.58 | 782.03 |
| RESURGENT CAPITAL SERVIC | UNSEC W/INTER | 572.42 | 110.63 | 572.42 |
| US BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| WAL MART STORES INC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| US EMPLOYEES CREDIT UNIO | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 2146.55 | 381.13 | 2146.55 |
| RESURGENT CAPITAL SERVIC | UNSEC W/INTER | 2335.37 | 415.59 | 2335.37 |
| THOMAS W LYNCH | DEBTOR ATTY | 2,000.00 | | 2,000.00 |
| TOM VAUGHN | TRUSTEE | | | 2,163.33 |
| DEBTOR REFUND | REFUND | | | 1,090.24 |

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 39,133.60

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 11930 DAVID E WALCZAK & ESPERANZA WALCZAK

```
PRIORITY                                              .00
SECURED                                         12,749.15
     INTEREST                                      546.78
UNSECURED                                       17,234.10
     INTEREST                                    3,350.00
ADMINISTRATIVE                                   2,000.00
TRUSTEE COMPENSATION                             2,163.33
DEBTOR REFUND                                    1,090.24
                        ---------------   ---------------
TOTALS                       39,133.60         39,133.60
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn

     Dated: 08/27/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE